IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARIO OHOA CASTRO,            )
        Plaintiff,            )
   v.                                      )            1:13CV1087
WARDEN HOLLINGSWORTH, et al., )
        Defendants.           )

ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on January 30, 2014, was served on the parties in this action. Plaintiff objected to the Recommendation. [Doc. # 4.]

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is filed, but dismissed *sua sponte*, without prejudice to Plaintiff filing a new complaint, on the proper forms and in the correct district, which corrects the defects of the current complaint. A Judgment will be entered contemporaneously with this Order.

                                                                                      United States District Judge

Date: March 6, 2014